UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BEVON LOYBE TRAIL,
                  Plaintiff,

v.

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION,
                  Defendant.
--------------------------------------------------------------x

**ORDER**

17 CV 7273 (VB)

Today, the Court held an on-the-record conference that was attended by plaintiff and counsel for defendant. Plaintiff advised the Court that the "notice of motion" Ms. Shirley Dimps emailed to the Pro Se Clerk (see Doc. #106) is the same document plaintiff mailed to the Court (see Docs. ##107, 108). The Court construed plaintiff's mailed documents as a motion for reconsideration and denied that motion. (Doc. #108).

Accordingly, it is HEREBY ORDERED:

    1. The notice of motion is terminated as duplicative. (Doc. #106).

    2. Plaintiff may not have non-lawyers file documents, by mail or by email, on his behalf.

    3. The parties shall discuss settlement in good faith. Plaintiff is directed to contact the New York Legal Assistance Group for guidance with the settlement negotiation process.

    4. The next conference in this case is scheduled for **December 17, 2020, at 2:30 p.m.** Plaintiff and defendant's counsel shall attend by calling the following number and entering the access code when requested:

    **Number**: (888) 363-4749 (toll-free) or (215) 446-3662

    **Access Code**: 1703567

1

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

The Clerk is directed to terminate motion. (Doc. #106).

Dated: October 16, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge