Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

4/16/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BEVON LOYBE TRAIL,

                Plaintiff,

v.

NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION,

                Defendant.
--------------------------------------------------------------x

**ORDER**

17 CV 7273 (VB)

By letter dated April 15, 2021, defense counsel informed the Court that defendant declines to authorize an amount for settlement in this matter. (Doc. #117). Accordingly, it is HEREBY ORDERED that a status conference in this case is scheduled for May 19, 2021, at 10:30 a.m. **Plaintiff, plaintiff's settlement counsel, and defendant's counsel shall attend by calling the following number and entering the access code when requested**:

**Number**: (888) 363-4749 (toll-free) or (215) 446-3662

**Access Code**: 1703567

Defense counsel shall provide a copy of this Order to plaintiff's settlement counsel.

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: April 16, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge